JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ENRIQUE RODRIGUEZ, *et al.*,
Plaintiffs,
v.
MERCEDES-BENZ USA, LLC, *et al.*,
Defendants.

Case No. 2:25-cv-10513-CV (KESx)

**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**

**[DOC. # 14]**

On March 23, 2026, the Parties filed a Stipulation and [Proposed] Order of Dismissal ("Stipulation"). Doc. # 14. Through their Stipulation, the Parties seek to dismiss the entire action with prejudice pursuant to Fed. R. Civ. Proc. 41(a). The Court, having considered the Stipulation and good cause having been found, hereby GRANTS the Stipulation and ORDERS that the entire action is hereby dismissed with prejudice.

**IT IS SO ORDERED**.

Dated: 10/13/26

Cynthia Valenzuela
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE